1  MICHAEL LITTMAN
   CA State Bar # 120625
2  105 West "F" St., 4th Flr.
   San Diego, CA 92101
3  (619) 236-1030

4  Attorney for Defendant
   ALFREDO GARCIA-ORTEGA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Jeffrey T. Miller)

| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-0307-JM |
|---|---|---|
| Plaintiff, | ) | **JOINT MOTION TO CONTINUE MOTION HEARING** |
| v. | ) | |
| MICHAEL BESS-AMARILLAS, et al. | ) | |
| Defendant. | ) | |

THE PARTIES HEREBY STIPULATE AND JOINTLY MOVE THE COURT, by and between all the parties, for an order vacating the currently scheduled motion hearing of March 21, 2008 at 11:00 a.m., and continuing it to April 25, 2008 at 11:00 a.m. The parties believe it would be in the interest of justice to continue the motion hearing in this matter in order to further discuss this matter which may result in a resolution of the case without trial.

Therefore, the parties jointly request and agree as follows:

1. The defendants' motion hearing shall be continued from March 21, 2008 at 11:00 a.m. to April 25, 2008 at 11:00 a.m.
2. The time is excludable pursuant to the Speedy Trial Act.
3. All defendants are in custody and consent to the continuance.

So stipulated and moved.

| | | |
|---|---|---|
| 1 | DATED: March 5, 2008 | s/ Daniel Casillas<br>Attorney for Defendant |
| 2 | | MICHAEL BESS-AMARILLAS |
| 3 | | |
| 4 | DATED: March 5, 2008 | s/ Siri Shetty<br>Attorney for Defendant |
| 5 | | ERIK MEDELLIN-LOPEZ |
| 6 | DATED: March 5, 2008 | s/ Michael Littman<br>Attorney for Defendant |
| 7 | | ALFREDO GARCIA-ORTEGA |

KAREN P. HEWITT, U.S. ATTORNEY

DATED: March 5, 2008          s/ Paul L. Starita
                              Assistant United States Attorney