1  SCHROTH & SCHROTH
   ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)
2  2044 First Avenue, Suite 200
   San Diego, California 92101
3  Telephone: (619) 233-7521
   Facsimile:  (619) 233-4516
4

5
# UNITED STATES DISTRICT COURT
6
## SOUTHERN DISTRICT OF CALIFORNIA
7

8  UNITED STATES OF AMERICA,         ) Criminal Case No.:    08CR307MJ
                                     ) Magistrate Case No.:  08MJ8081
9              Plaintiff,            )
                                     )
10      vs.                          ) **STIPULATION RELEASING**
                                     ) **MATERIAL WITNESSES & ORDER**
11 MICHAEL BESS-AMARILLAS (1),       )
   ERIK MEDELLIN-LOPEZ (2),          )
12 ALFREDO GARCIA-ORTEGA (3),        )
                                     )
13             Defendants.           )
                                     )
14 _____   )

15     **IT IS HEREBY STIPULATED AND AGREED** between the Plaintiff,

16 UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United

17 States Attorney, and Defendants MICHAEL BESS-AMARILLAS (1), ERIK

18 MEDELLIN-LOPEZ (2), and ALFREDO GARCIA-ORTEGA (3), by and through and

19 with the advice and consent of defense counsel, Robert E. Schroth, that:

20     1.    The material witnesses in this case:

21           Oscar Armando Gonzalez-Lorenzana

22           Jesus Tovar-Venegas

23           Vanessa Mavel-Martinez

24
25     May be released and remanded immediately to the Department of Homeland

   Security for return to their country of origin.

1

///

It is STIPULATED AND AGREED this date.

                                            Respectfully submitted,

KAREN P. HEWITT
United States Attorney

Dated: March 21, 2008

s/Paul Starita
_____
PAUL STARITA
Assistant United States Attorney

Dated: March 21, 2008

s/Robert Casillas
_____
ROBERT CASILLAS
Defense Counsel for Michael Bess-Amarillas

Dated: March 21, 2008

s/Siri Shetty
_____
SIRI SHETTY
Defense Counsel for Erik Medellin-Lopez

Dated: March 21, 2008

s/Michael Littman
_____
MICHAEL LITTMAN
Defense Counsel for Alfredo Garcia-Ortega

Dated: March 21, 2008

s/Robert E. Schroth
_____
ROBERT E. SCHROTH
Counsel for Material Witnesses

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>MICHAEL BESS-AMARILLAS (1),<br>ERIK MEDELLIN-LOPEZ (2),<br>ALFREDO GARCIA-ORTEGA (3),<br><br>   Defendants. | Criminal Case No.:   08CR307MJ<br>Magistrate Case No.:   08MJ8081<br><br>**STIPULATION RELEASING<br>MATERIAL WITNESSES & ORDER** |

**ORDER**

Upon Joint Application and Motion of the Parties, and for good cause shown,

**IT IS ORDERED** that the material witnesses, Oscar Armando Gonzalez-Lorenzana, Jesus Tovar-Venegas, and Vanessa Mavel-Martinez be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED**

Dated: _____          _____
                                HONORABLE JEFFREY T. MILLER
                                United States Magistrate Judge