PLEASE RECEIPT AND RETURN

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff

vs.

MICHAEL BESS-AMARILLAS (1),
ERIK MEDELLIN-LOPEZ (2),
ALFREDO GARCIA-ORTEGA (3)

    Defendant(s)

CRIMINAL NO. 08CR307-JM

ORDER

RELEASING MATERIAL WITNESS

Booking No.

RECEIVED 2008 MAR 21 2:28
U.S. MARSHAL SOUTHERN DISTRICT CALIFORNIA

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

OSCAR ARMANDO GONZALEZ-LORENZANA

DATED: 3/21/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
    DUSM

W. SAMUEL HAMRICK, JR. Clerk
by J. HASLAM
   Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082