PLEASE RECEIPT AND RETURN

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br> vs. <br> MICHAEL BESS-AMARILLAS, <br> ERIK MEDELLIN-LOPEZ, <br> ALFREDO GARCIA-ORTEGA <br> Defendant(s) | CRIMINAL NO. 08CR307-JM <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).

VANESSA MAVEL - MARTINEZ

DATED: 3/21/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR
W. SAMUEL HAMRICK, JR. Clerk
by  J. HASLAM
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082