PLEASE RECEIPT AND RETURN

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff

vs.

MICHAEL BESS-AMARILLAS (1);
ERIK MEDELLIN-LOPEZ (2);
ALFREDO GARCIA-ORTEGA (3)

   Defendant(s)

CRIMINAL NO. 08CR307-JM

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

JESUS TOVAR - VENEGAS

DATED: 3/21/08

RECEIVED _____
    DUSM

RECEIVED 2008 MAR 21 PM 2:18

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR.   Clerk
by   J. HASLAM
   Deputy Clerk